# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **JOSE ANTONIO ROJAS BARRIGA,** | No. LA CV 18-9395-VBF-AFM |
| Petitioner, | **ORDER** |
| v. | Adopting the R & R: |
| SUPERIOR COURT OF CALIFORNIA, | Dismissing Without Prejudice; Directing Entry of Judgment; |
| Respondent. | Terminating the Case (JS-6) |

The United States Magistrate Judge issued a Report and Recommendation ("R&R") on February 1, 2019. *See* CM/ECF System Document ("Doc") 10. By operation of the Prison Mailbox Rule, petitioner Barriga is deemed to have constructively filed timely objections on February 24, 2019 (the date when he tendered the document in a properly addressed and adequately stamped envelope to prison staff for security screening and mailing).

Fed. R. Civ. P. 72(b)(3) requires de novo review only of those parts of an R&R to which a party has timely objected. *See Khan v. Langford*, 2018 WL 1271204, *1 (C.D. Cal. Mar. 8, 2018) (citing, *inter alia*, *US v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc)).

-1-

Having reviewed the habeas corpus petition, the R&R, petitioner's objection, and the applicable law, the Court finds no defect of law, fact, or logic in the R&R. Accordingly, the Court will accept the Magistrate Judge's findings and conclusions and implement his recommendation.

## ORDER

Petitioner Barriga's objection **[Doc #13] is OVERRULED**.

The Report and Recommendation **[Doc # 10] is ADOPTED.**

The petition for writ of habeas corpus **[Doc # 1] is DISMISSED without prejudice.**

As required by Fed. R. Civ. P. 58(a), judgment will be a separate document.

The Court will also rule on a certificate of appealability by separate order.

**The case SHALL BE TERMINATED and closed (JS-6).**

IT IS SO ORDERED.

Dated: May 21, 2019

*Valerie Baker Fairbank*
Honorable Valerie Baker Fairbank
Senior United States District Judge