JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOSE ANTONIO ROJAS BARRIGA,<br><br>　　　　Petitioner,<br><br>　v.<br><br>SUPERIOR COURT OF CALIFORNIA - SAN LUIS OBISPO and Sullivan (Warden),<br><br>　　　　Respondents. | No. LA CV 18-09395-VBF-AFM<br><br>**FINAL JUDGMENT** |

**IT IS ADJUDGED THAT this action for a writ of habeas corpus is DISMISSED without prejudice.**

Dated: May 21, 2019

　　　　　　　　　　　　　　*Valerie Baker Fairbank*
　　　　　　　　　　　　　　———————————————
　　　　　　　　　　　　　　Honorable Valerie Baker Fairbank
　　　　　　　　　　　　　　Senior United States District Judge